

**POTTER HANDY, LLP**
Mark Potter (SBN 166317)
Krista Hemming (SBN 304213)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191
Email: fehalit@potterhandy.com

*Attorneys for Plaintiff*

Serrin Turner
Matthew P. Valenti
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: serrin.turner@lw.com
matthew.valenti@lw.com

Alexander C.K. Wyman
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: alex.wyman@lw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WHALECO/POTTER HANDY DATA PRIVACY MASS ACTIONS | Case No.: 1:25-cv-05854-MKB-RML<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CLAIMS FOR SUBMISSION TO ARBITRATION**<br><br>Hon. Margo K. Brodie |

**STIPULATION AND [PROPOSED] ORDER TO STAY CLAIMS FOR SUBMISSION TO ARBITRATION**

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs and Defendant Whaleco Inc. ("Defendant") (collectively "the Parties") hereby stipulate as follows:

1.      WHEREAS this case along with seven other related cases were filed in California state court on or about March 24, 2025, removed to federal court on or about May 23, 2025, and consolidated by the Court on July 11, 2025.

2.      WHEREAS on or about September 18, 2025, these cases were transferred to the Eastern District of New York.

3.      WHEREAS on or about December 23, 2025, Defendant moved the Court for an order compelling arbitration.

4.      WHEREAS the Parties have met and conferred, and Plaintiffs have agreed to arbitrate their claims pursuant to the Temu Terms of Use and no longer oppose Defendant's motion to compel arbitration ("Motion").

Based on the foregoing facts, the Parties stipulate and agree as follows:

1.      In lieu of Plaintiffs serving their opposition to the Motion, the Parties stipulate to the Court entering an order compelling arbitration of Plaintiffs' claims.

IT IS SO STIPULATED.

Respectfully submitted:

Dated: February 3, 2026                    **POTTER HANDY, LLP**

By: _____

Mark Potter (SBN 166317)
Krista Hemming (SBN 304213)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191
Email: fehalit@potterhandy.com

*Attorneys for Plaintiff*

**STIPULATION AND [PROPOSED] ORDER TO STAY CLAIMS FOR SUBMISSION TO ARBITRATION**

Dated: February 3, 2026

**LATHAM & WATKINS LLP**

By: _____

Serrin Turner
Matthew P. Valenti
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: serrin.turner@lw.com
matthew.valenti@lw.com

Alexander C.K. Wyman
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: alex.wyman@lw.com

*Attorneys for Defendant*

**STIPULATION AND [PROPOSED] ORDER TO STAY CLAIMS FOR SUBMISSION TO ARBITRATION**

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties,

1.  The Court hereby compels all Plaintiffs to arbitrate their claims.

2.  The Court stays this case pending resolution of Plaintiffs' claims in arbitration.

IT IS SO ORDERED.

Dated: _____          _____

                                  Hon. Margo K. Brodie

**STIPULATION AND [PROPOSED] ORDER TO STAY CLAIMS FOR SUBMISSION TO ARBITRATION**